

**CARDI & EDGAR**
LLP

Partners
Dawn M. Cardi
Chad L. Edgar

Associates
Jessica Friedrich
Joanna C. Kahan

Of counsel
Diane Ferrone

*Sentencing adjourned from November 2 to Feb 15, 2022 at 12:15 p.m. Application granted. SO ORDERED /s/ USDJ 10-12-21*

October 12, 2021

*Via ECF*

Hon. P. Kevin Castel
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. Alex Melendez, 20 Cr. 301 (PKC)

Dear Judge Castel:

I am CJA counsel to Alex Melendez. I write, with no objection from the government, to request a 90-day adjournment of Mr. Melendez's sentencing, currently scheduled for November 2, 2021.

Defense counsel believes that retention of a mitigation specialist is necessary to provide the Court with a complete and thorough recitation of Mr. Melendez's background. Many of the individuals the defense has worked with in the past were not available. We have now found someone that is available and a request for appointment is pending with the Court.

As a result, we respectfully request that Mr. Melendez's sentencing be adjourned 90-days so that the mitigation specialist has sufficient time to both meet with Mr. Melendez and collect the necessary records.

Therefore, with no objection from the government, I respectfully request a 90-day adjournment of Mr. Melendez's sentencing.

I thank the Court for its attention to this matter.

Very truly yours,

/s/

Dawn M. Cardi

cc:   All Parties (via ECF)

99 Madison Avenue, 8th Floor, New York, NY 10016 • 212.481.7770 TELEPHONE • 212.271.0665 FACSIMILE • 917.543.9993 CELL • cardiedgarlaw.com