UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

    -v-

ALEX MELENDEZ,

           Defendant.
-------------------------------------------------------------X

20-cr-301 (PKC)

**ORDER**

P. Kevin Castel, U.S.D.J.

Upon the application of the defendant, Alex Melendez, Reg. No. 24654-509, through his attorney, Dawn M. Cardi of Cardi & Edgar LLP, and for good cause having been shown:

**IT IS HEREBY ORDERED THAT:**

The Administration for Children's Services (ACS) of New York City shall ~~forthwith~~ (within 14 days of this Order) provide any and all ACS records, including child welfare, foster / adoption, and juvenile justice, for Alex Melendez (DOB: May 15, 1988), whose pre-adoption name is Alexis Cruz, whose biological parents are Sandra Cruz and Alexis Negron, and whose adoptive mother Carmen Melendez.

SO ORDERED.

Dated: New York, New York
December 14, 2021

_____
THE HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK