UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ALEX MELENDEZ,

Defendant.

20-cr-301 (PKC)

ORDER

CASTEL, Senior District Judge:

On February 15, 2022, the defendant was sentenced principally to a term of imprisonment of 65 months. (Minute Entry; ECF 236 & 238.)

By letter received February 15, 2024, 2024, defendant moved for a sentence reduction pursuant to Amendment 821 to the Sentencing Guidelines which went into effect on November 1, 2023 and applies retroactively.

The United States Probation Department has issued a report indicating that defendant is eligible for a sentence reduction.

The government is directed to respond to the motion by May 10, 2024. The Federal Defender Service of New York is respectfully requested to represent the defendant on this application. Defendant may reply 14 days after the filing of the government's submission.

SO ORDERED.

P. Kevin Castel
Senior United States District Judge

Dated: April 16, 2024
New York, New York