UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                      20-cr-301 (PKC)

       -against-                                  ORDER

ALEX MELENDEZ,

               Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        Richard Ma is appointed pursuant to the Criminal Justice Act to represent defendant on his application for a sentence reduction pursuant to Amendment 821 of the Sentencing Guidelines.

        SO ORDERED.

                                                            P. Kevin Castel
                                                    United States District Judge

Dated: New York, New York
          April 17, 2024